CHARLES L. HASTINGS   #88599
LAW OFFICE OF CHARLES L. HASTINGS
4568 Feather River Dr.  Ste A
Stockton, CA 95219
Telephone (209) 476-1010
Facsimile  (209) 952-7854

Attorney for Defendant
ADVANCED TRAILER SALES AND SERVICE, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No.  2:14-CV-02045-MCE-CKD |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO CONTINUE TIME FOR DEFENDANT TO FILE A RESPONSE TO THE COMPLAINT** |
| vs. | |
| DARRYL L. PARRISH; ADVANCED TRAILER SALES AND SERVICE, LLC, a California Limited Liability Company; and DOES 1-10, | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between Plaintiff, SCOTT JOHNSON, and Defendant, ADVANCED TRAILER SALES AND SERVICE, LLC,  through their respective counsel, that the time for Defendant to file a response to the complaint be extended from September 29, 2014 to October 28, 2014.

   Good cause exists for this continuance.  Counsel for the parties therefore respectfully request that the Court extend the time for Defendant to file a response to the complaint from September 29, 2014 to October 28, 2014.

This Stipulation may be executed in sub-parts and a signature transmitted by facsimile may be deemed an original signature.

Dated: October 15, 2014

          LAW OFFICES OF
          CHARLES L. HASTINGS

          By   /s/ Charles L. Hastings
              CHARLES L. HASTINGS, ESQ.
              Attorney for Defendant
              ADVANCED TRAILER SALES
              AND SERVICE, LLC

Dated: October 15, 2014        CENTER FOR DISABILITY ACCESS

          By   /s/ Phyl Grace
              PHYL GRACE, ESQ.
              Attorney for Plaintiff
              SCOTT JOHNSON

## ORDER

The parties hereto having so stipulated (ECF No. 5), the time for Defendant ADVANCED TRAILER SALES AND SERVICE, LLC to file a response to the Complaint (ECF No. 1) IS EXTENDED from September 29, 2014 to October 28, 2014.

    IT IS SO ORDERED.

Dated:  October 29, 2014

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT