UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DARRYL L. PARRISH; ADVANCED TRAILER SALES AND SERVICE, LLC; and DOES 1-10,<br><br>　　　　Defendants. | No. 2:14-cv-02045-MCE-CKD<br><br><br><br>**ORDER** |

　　　　On March 9, 2015, Catherine M. Corfee filed a motion to withdraw as counsel of record for Defendant Advanced Trailer Sales and Service, LLC ("Defendant"). The motion is currently set for a hearing on April 16, 2015. On March 11, 2015, Corfee submitted an ex parte application requesting that the court advance that hearing to March 19, 2015.

　　　　Corfee has certainly explained the basis for her motion: although she and Defendant mutually agreed that she would cease working on this case on November 17, 2014, and although Defendant is also currently represented by Charles L. Hastings, Defendant has not responded to Corfee's requests to complete a Substitution of Attorneys. Corfee, however, has failed to establish good cause for advancing the hearing date of her motion. Her representations that she "does not anticipate

Defendant" opposing the motion and that she "does not want to be responsible for this matter" are insufficient.

Absent a statement of good cause, Corfee's ex parte application (ECF No. 12) is DENIED without prejudice.

IT IS SO ORDERED.

Dated: March 12, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT