CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case: 2:14-CV-02045-MCE-CKD |
| Plaintiff, | |
| v. | |
| **Darryl L Parrish**; **Advanced Trailer Sales and Service, LLC,** a California Limited Liability Company; and Does 1-10, | **Order [proposed] Granting Joint Request to Continue Settlement Conference** |
| Defendants | |

Good cause having been shown, the Court hereby grants the parties' request to continue the Settlement Conference. The Settlement Conference will be held on December 8, 2015, at 10:00 am.

Dated:  October 22, 2015

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE