UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DARRYL L. PARRISH and ADVANCED TRAILER SALES AND SERVICE, LLC,<br><br>　　　　　Defendants. | No.  2:14-cv-2045-MCE-CKD<br><br><br>ORDER RE SETTLEMENT & DISPOSITION |

　　　　The case was before the court for a settlement conference conducted on December 8, 2015.  Pursuant to the representations by counsel for the parties, the court has determined that the matter has settled.

　　　　The court now orders that dispositional documents are to be filed not later than thirty (30) days from the date of this order.

　　　　All hearing dates heretofore set in this matter are VACATED.

　　　　<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

　　　　IT IS SO ORDERED.

DATED:  December 10, 2015.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE