# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Darryl L Parrish;** <br> **Advanced Trailer Sales and Service, LLC**, a California Limited Liability Company; and Does 1-10, <br><br> Defendants | Case No. 2:14-CV-02045-MCE-CKD <br><br> ORDER EXTENDING DATE FOR FILING DISPOSITIONAL DOCUMENTS BY 30 DAYS |

Pursuant to the parties' stipulation (ECF No. 29), the deadline to file the dispositional documents is extended by 30 days. The new deadline to file the dispositional documents will be February 8, 2016.

IT IS SO ORDERED.

Dated: January 11, 2016

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT