UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Darryl L Parrish;** <br> **Advanced Trailer Sales and Service, LLC**, a California Limited Liability Company; and Does 1-10, <br><br> Defendants | Case No. 2:14-CV-02045-MCE-CKD <br><br> ORDER TO EXTEND DATE FOR FILING DISPOSITIONAL DOCUMENTS BY 30 DAYS |

Pursuant to the parties' Stipulation (ECF No. 32), the Court hereby extends the deadline to file dispositional documents by 30 days. The new deadline to file the dispositional documents will be March 8, 2016.

IT IS SO ORDERED.

Dated: February 22, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1