UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>DARRYL L PARRISH; ADVANCED TRAILER SALES AND SERVICE, LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case: 2:14-CV-02045-MCE-CKD<br><br>**ORDER** |

Pursuant to F.R.CIV.P.41(a)(1) and the parties' Joint Stipulation for Dismissal (ECF No. 34), this action is hereby DISMISSED with prejudice. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  March 10, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT